*William Nottingham* for appellant.

*W. J. McClusky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, MILLER and CARDOZO, JJ. Dissenting: WERNER, COLLIN and CUDDEBACK, JJ.

---

ROBERT RUSSELL, Respondent, *v.* THE ERNEST-NOETH DAIRY LUNCH COMPANY, Appellant, Impleaded with Others.

*Russell* v. *Ernest-Noeth Dairy Lunch Co.*, 155 App. Div. 879, affirmed.

(Argued May 14, 1914; decided June 9, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 10, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*George D. Reed* for appellant.

*William J. Baker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.

---

PETER HALLBERG, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, Impleaded with Another.

*Hallberg* v. *N. Y. C. & H. R. R. R. Co.*, 153 App. Div. 889, affirmed.
(Argued May 15, 1914; decided June 9, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,